Roman Otkupman, CSBN 249423
OTKUPMAN LAW FIRM, A LAW CORPORATION
5950 Canoga Ave., Suite 550
Woodland Hills, CA 91367
Telephone: (818) 293-5623
Facsimile (888) 850-1310
Roman@OLFLA.com

Attorney for Plaintiff,
Evely Saldivar

Douglas J. Farmer, SBN: 139646
Christopher M. Ahearn, SBN: 239086
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
STEUART TOWER, ONE MARKET PLAZA,
Suite 1300
San Francisco, CA 94105
Telephone: 415-536-3411
Fax: 415-442-4870
chris.ahearn@ogletreedeakins.com
douglas.farmer@ogletreedeakins.com

Attorneys for Defendant,
KRAFT FOODS GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELY SALDIVAR, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KRAFT FOODS GROUP, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CASE NO. 1:14-cv-00348-LJO-SMS<br><br>**ORDER GRANTING REQUEST TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule 23(e), Plaintiff, EVELY SALDIVAR and Defendant, KRAFT FOODS GROUP, INC. hereby stipulate to the following:

1. that the Court dismiss the present action in the following manner:
   a. that the Court dismiss the individual claims in Case No. 1:14-cv-00348-LJO-SMS, with prejudice;
   b. that the Court dismiss the present Class Action Claims in Case No.: 1:14-cv-00348-LJO-SMS, without prejudice.
   c. that as to Case No. 1:14-cv-00348-LJO-SMS, each party to this litigation shall bear her/their own costs and attorneys' fees incurred.

Dated: September 18, 2014        /s/Christopher A. Ahearn
                                 DOUGLAS J. FARMER
                                 CHRISTOPHER A. AHEARN
                                 OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.
                                 Attorneys for Defendants
                                 KRAFT FOODS GROUP, INC.

Dated: September 18, 2014        /s/ Roman Otkupman
                                 OTKUPMAN LAW FIRM, ALC
                                 Attorney for Plaintiff
                                 EVELY SALDIVAR

IT IS SO ORDERED:
Dated: October 16, 2014
                                 /s/ Lawrence J. O'Neill
                                 United States District Judge